[No. 60790-1-I. Division One. March 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-11021-6, James D. Cayce, J., entered November 6, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Grosse, J.

[No. 61354-5-I. Division One. March 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. PHUONG VIEN MAI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-08073-9, Charles W. Mertel, J., entered February 13, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Ellington and Appelwick, JJ.

[No. 61403-7-I. Division One. March 30, 2009.]

SOUND BEVERAGE DISTRIBUTORS, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-08785-1, Thomas J. Wynne, J., entered February 14, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Agid and Leach, JJ.

[No. 61598-0-I. Division One. March 30, 2009.]

DIANA K. CAREY, *as Receiver*, ET AL., *Respondents*, v. DILBAGH SINGH GUJRAL ET AL., *Defendants*, GLOBAL HYDROFUELS TECHNOLOGY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-02989-1, Douglas D. McBroom, J., entered March 31, 2008. *Reversed* by unpublished opinion per Lau, J., concurred in by Agid and Leach, JJ.